FILED by _____ JA _____ D.C.

Jun 19, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 20-80048-CR-MIDDLEBROOKS/BRANNON

Case No. _____

21 U.S.C. § 846
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**JUSTIN SMITH,**

                    **Defendant.**

_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATION

Anabolic steroids are synthetic variations of the male sex hormone testosterone, which is produced naturally in the human body. Steroids can produce anabolic and androgenic effects. "Anabolic" effects relate to the increase and growth of muscle and bone mass. "Androgenic" effects relate to the development of male reproductive organs and characteristics. Anabolic steroids can be misused and cause harm to the body. Misuse of anabolic steroids may lead to serious, even permanent, health problems, such as kidney failure, liver damage, high blood pressure, and increases in blood cholesterol.

**Conspiracy to Distribute Controlled Substances**
**(21 U.S.C. § 846)**

From on or about December 18, 2014, through in or around September 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JUSTIN SMITH,**

did knowingly and willfully combine, conspire, confederate, and agree with Phillip Braun, Blackstone Labs, LLC, and others known to the United States Attorney, to manufacture, distribute, and possess with intent to manufacture and distribute Schedule III controlled substances, that is, the anabolic steroids trendione, halodrol, epistane, methylstenbolone, dimethazine, and methyl-1-etiocholenolol, as defined by Title 21, United States Code, Section 802(41)(A) and (C)(i)-(iii), in violation of Title 21, United States Code, Section 841(a)(1).

With respect to the defendant, **JUSTIN SMITH**, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was a mixture and substance containing a detectable amount of trendione, halodrol, epistane, methylstenbolone, dimethazine, or methyl-1-etiocholenolol, Schedule III controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(E)(i).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(E)(i).

### FORFEITURE
### (21 U.S.C. § 853)

1.      The allegations of this Information are re-alleged and fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant has an interest.

2.      Upon conviction of the violation alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1)-(2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and property of the defendant, which is used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3.      The property that is subject to forfeiture includes, but is not limited to, the following:  the sum of $558,946 which sum represents the gross proceeds obtained, directly or indirectly, by defendant as a result of the commission of the violation alleged in this Information.

All pursuant to Title 21, United States Code, Section 853.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

GUSTAV W. EYLER
DIRECTOR
U. S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH

By: _____
ALISTAIR READER
JOHN W. BURKE
STEPHEN J. GRIPKEY
TRIAL ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**JUSTIN SMITH,**

_____ /
                  Defendant.

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| ___ Miami | ___ Key West | | |
| ___ FTL | ✓ WPB | ___ FTP | |

New defendant(s)           Yes ____   No ____
Number of new defendants   ____
Total number of counts     ____

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     No
     List language and/or dialect     _____

4.   This case will take __0__ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                              (Check only one)

     I      0 to 5 days          __✓__            Petty       _____
     II     6 to 10 days         _____           Minor       _____
     III    11 to 20 days        _____           Misdem.     _____
     IV     21 to 60 days        _____           Felony      __✓__
     V      61 days and over     _____

6.   Has this case previously been filed in this District Court?   (Yes or No)   No ____
     If yes: Judge _____        Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?   (Yes or No)   No ____
     If yes: Magistrate Case No. _____
     Related miscellaneous numbers:     19-80030-CR-WPD _____
     Defendant(s) in federal custody as of     _____
     Defendant(s) in state custody as of       _____
     Rule 20 from the District of              _____

     Is this a potential death penalty case? (Yes or No)     No

7.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ____   No ✓

8.   Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ____   No ✓

_____
ALISTAIR READER
D0J TRIAL ATTORNEY
COURT ID A5502357

*Penalty Sheet(s) attached                                              REV 8/13/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

### PENALTY SHEET

**Defendant's Name:**           **JUSTIN SMITH** _____

**Case No:** _____

Count #:    1

  Title 21, United States Code, Section 846 _____

  Conspiracy to Distribute Controlled Substances _____

**\*Max Penalty**:     Ten (10) years' imprisonment _____

Count #:

_____

_____

**\*Max Penalty**: _____

Count #:

_____

_____

\*Max Penalty: _____

Count #:

_____

_____

\*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America          )
     v.                              )          Case No.
                                    )
Justin Smith,                     )
    *Defendant*                      )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*