UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80048-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

JUSTIN SMITH,

       Defendant.
_____/

## NOTICE OF RELATED ACTION, LOCAL RULE 3.8

The United States of America, through undersigned counsel, respectfully files this Notice of Related Action, pursuant to Local Rule 3.8, which provides that attorneys shall bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures ("IOP"). Counsel for defendant Smith has reviewed this pleading and does not oppose a transfer pursuant to the Local Rules.

IOP section 2.15.00 provides that whenever an action is filed in the Court that involves subject matter which is a material part of the subject matter of another action pending before the Court "or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge," the Judges involved in the actions "shall determine whether the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action."

On March 7, 2019, a Grand Jury, sitting in Miami, returned an indictment against Phillip Braun, Blackstone Labs, LLC ("Blackstone Labs"), five other individuals, and a second limited

1

liability corporation (the "Braun case").  The case was assigned to Judge Dimitrouleas under case number 19-80030-CR.  Count 4 of the indictment charged Braun, Blackstone Labs, and other co-defendants with conspiring to distribute controlled substances, *e.g.*, anabolic steroids, in violation of 21 U.S.C. § 846.  The case is set for trial on October 26, 2020.

On June 19, 2020, the United States filed an information against Justin Smith.  The case was assigned to Judge Middlebrooks under case number 20-80048-CR.  The information charged that Smith conspired with Phillip Braun, Blackstone Labs, and others known to the United States Attorney to distribute controlled substances, namely, the same anabolic steroids referenced in Count 4 of Case No. 19-80030-CR-Dimitrouleas.

The subject matter of case number 20-80048-CR is a material part of Count 4 of case number 19-80030-CR.  In other words, the later-filed case charges the same drug conspiracy as was charged in Count 4 of the indictment returned last year.

The facts of Smith's case are material to other counts in the Braun case.  Smith and his former company purchased the unapproved new drug identified in Counts 2 and 3 in the Braun indictment, alleged to be in violation of 21 U.S.C. §§ 331, 333.  In addition, Counts 5 and 6 of the Braun indictment allege distribution of 60,000 units and 30,000 units of anabolic steroids, in violation of 21 U.S.C. § 841. Smith and his former company were the recipient of those distributions.  Count 7 of the Braun indictment alleges distribution of anabolic steroids, in violation of 21 U.S.C. § 841, which refers to an undercover purchase of anabolic steroids by law enforcement agents from Smith's company.  Accordingly, there is significant factual overlap between the Smith case and the Braun case, and the Smith subject matter is undoubtedly material to the Braun case.

It would be judicially expedient for Judge Dimitrouleas to hear the newly filed case against Justin Smith insofar as Judge Dimitrouleas has already expended considerable judicial resources in connection with the earlier-filed Braun case, No. 19-80030-CR, and is familiar with many of the underlying facts and legal issues that both cases share.

In conclusion, consistent with Local Rule 3.8 and IOP 2.15.00 and to avoid unnecessary duplication of judicial labor, the government respectfully requests that the Court confer with Judge Dimitrouleas to decide whether a transfer of the present case to Judge Dimitrouleas would be appropriate.  Government counsel has conferred with Tommy Spina, lead counsel for defendant Smith, and he does not oppose such a transfer.

DATED:  June 24, 2020

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    GUSTAV W. EYLER
    DIRECTOR
    CONSUMER PROTECTION BRANCH
    U.S. DEPARTMENT OF JUSTICE

    */s/ Alistair Reader*

By:   ALISTAIR F. A. READER
    Court ID A5502377
    STEPHEN J. GRIPKEY
    Court ID A5502620
    JOHN W. BURKE
    Court ID A5501294
    Trial Attorneys
    U.S. Department of Justice
    Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400-South
    Washington, DC 20001
    Alistair.F.Reader@usdoj.gov
    (202) 353-9930

Stephen.Gripkey@usdoj.gov
(202) 307-0048
Josh.Burke@usdoj.gvo
(202) 353-2001
(202) 514-8742 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2020, a copy of the foregoing document was filed electronically with the Clerk of the Court by way of the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

                */s/ Alistair Reader*
               Alistair F. A. Reader
               Trial Attorney
               U.S. Department of Justice