UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. <u>20-80048-CR-MIDDLEBROOKS</u>

UNITED STATES OF AMERICA

v.

JUSTIN SMITH,

    Defendant.
_____/

## ORDER TO TRANSFER RELATED CASE

**THIS CAUSE** comes before the Court pursuant to a Notice of Related Action (D.E. #5) due to Judge Dimitrouleas having a related case, 19-80030-CR-WPD. Pursuant to Rule 3.8 of the Local Rules of this District and Internal Operating Procedure 2.15.00, and subject to consent herein below, it is

**ORDERED** that the above-entitled cause be and the same is hereby transferred to the calendar of the Honorable William P. Dimitrouleas for all further proceedings.

**DONE and ORDERED** at West Palm Beach, Florida, this 29th day of June, 2020.

                                                Donald M. Middlebrooks
                                                United States District Judge

After reviewing the Court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED and ADJUDGED** that all pleadings hereinafter filed shall bear the following case number, Case No. 20-80048-CR-DIMITROULEAS, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith consented to this 29 day of June, 2020.

                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE