**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-80048-CR-WPD**

UNITED STATES OF AMERICA

v.

JUSTIN SMITH,

       Defendant.

_____/

**JOINT MOTION TO CONDUCT INITIAL APPEARANCE, WAIVER OF
INDICTMENT AND ARRAIGNMENT BY VIDEOCONFERENCE**

The United States of America and defendant Justin Smith, by and through undersigned counsel, hereby jointly move the Court for an order allowing defendant and defendant's counsel to appear by videoconference for defendant's initial appearance, waiver of indictment, and arraignment in this case. On June 19, 2020, defendant was charged by criminal information with conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846. ECF No. 1.

The defendant intends to waive indictment and does not dispute the jurisdiction of this Court. The defendant resides in Arkansas and is not in custody. Defendant's lead counsel is located in Birmingham, Alabama. The government intends to recommend that, under the circumstances, defendant remain on pretrial release with appropriate conditions of release. The parties agree that requiring the defendant and counsel to physically travel to the Southern District of Florida for these pretrial hearings would create unnecessary health risks for the Court, defendant, and counsel.

The parties therefore respectfully request permission to appear by videoconference for

the initial appearance, waiver and the arraignment.  Pursuant to Rules 5(f) and 10(c) of the Federal Rules of Criminal Procedure, defendant consents to participating in the initial appearance and the arraignment by video teleconferencing, and waives any potential claims based on the appearance via teleconference.  The parties' request is consistent with the Southern District of Florida Administrative Order 2020-40 concerning authorization under the CARES Act to conduct certain criminal proceedings by video or audio conference.  The Administrative Order authorizes, with the consent of the defendant after consultation with counsel, to use video conferencing or telephone conferencing of video conferencing is not reasonably available for initial appearances, waivers of indictment, and arraignment pursuant to the Federal Rules of Criminal Procedure.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, the parties jointly and respectfully request that this Court enter an order allowing defendant and counsel for defendant to appear by videoconference or telephone for defendant's initial appearance and arraignment.

DATED:  July 27, 2020

                                                                                                              Respectfully submitted,

| | |
|---|---|
|    */s/ Thomas J. Spina* | ARIANA FAJARDO ORSHAN |
| Thomas J. Spina | UNITED STATES ATTORNEY |
| AL Bar #4959-N77T | |
| 1330 21st Way South, Suite 200 | GUSTAV W. EYLER |
| Birmingham, Alabama 35205 | DIRECTOR |
| Telephone: (205) 939-1330 | CONSUMER PROTECTION BRANCH |
| tommy@tommyspina.com | U.S. DEPARTMENT OF JUSTICE |
| Counsel for Justin Smith | |
| |    */s/ Alistair Reader* |
| | ALISTAIR F. A. READER |
| | Court ID A5502377 |

        STEPHEN J. GRIPKEY
Court ID A5502620
JOHN W. BURKE
Court ID A5501294
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
450 Fifth Street, NW Suite 6400-South
Washington, DC 20001
Alistair.F.Reader@usdoj.gov
(202) 353-9930
Stephen.Gripkey@usdoj.gov
(202) 307-0048
Josh.Burke@usdoj.gov
(202) 353-2001
(202) 514-8742 (facsimile)

### CERTIFICATE OF CONFERENCE (LOCAL RULE 88.9A)

Under local Rule 88.9A, **I HEREBY CERTIFY** that I conferred with counsel Tommy Spina for defendant Justin Smith, who joins in the motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF this July 27, 2020.

        */s/ Alistair Reader*
        Alistair Reader
        Trial Attorney