**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-80048-WPD**

UNITED STATES OF AMERICA

v.

JUSTIN SMITH,

      DEFENDANT,

_____/

**Notice of Appearance**

    Please enter the appearance of **Stephen J. Gripkey** as counsel for the United States in the above-entitled case.

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

                              GUSTAV W. EYLER
                              DIRECTOR
                              U.S. DEPARTMENT OF JUSTICE
                              CONSUMER PROTECTION BRANCH

                              _/s/ Stephen J. Gripkey_
                              STEPHEN J. GRIPKEY
                              Court ID A5502620
                              Trial Attorney
                              Consumer Protection Branch
                              U.S. Department of Justice
                              P.O. Box 386
                              Washington, D.C.  20044-0386
                              (202) 307-0048
                              stephen.gripkey@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2020, I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court by way of the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of CM/ECF system. Parties may access this filing through the CM/ECF system.

                                                */s/ Stephen J. Gripkey*
                                                Stephen J. Gripkey
                                                Trial Attorney
                                                U.S. Department of Justice