UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 20-80048-CR-DIMITROULEAS

        Plaintiff,

vs.

JUSTIN SMITH,

        Defendant.

_____/

## **ORDER**

THIS CAUSE is before the Court on Defendant's March 29, 2021 Joint Motion

For Continuance, Video-Conference Change of Plea. [DE-23].  Counsel have agreed upon a

change of plea date [DE-25].  The Motion for Continuance [DE-23] is GRANTED.  Trial is reset

for May 24, 2021 at 10:00 AM, with a calendar call/change of plea on May 17, 2021 at 10:00

AM. Counsel may appear remotely at the change of plea; however, Smith will need to be present

in court so that the court can determine the voluntariness of his decision, as the court is more

comfortable making that decision in person.  The motion to waive defendant's presence [DE-25]

is Denied, as moot.

        DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

31st day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record