UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 20-80048-CR-DIMITROULEAS
      Plaintiff

vs.

Justin Smith
      Defendant

## ORDER GRANTING CONTINUANCE

This matter having come before the Court on Joint Motion for Continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing May 24, 2021 at 10:00 A.M. o'clock, or as soon thereafter as the case may be called.

**COUNSEL AND DFENDANT(S)** shall report to a Calendar Call/Change of Plea to be held on MONDAY, May 17, 2021, at 10:00 a.m. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 31st day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: Alistair Reader, DOJ
    Stephen J. Gripkey, DOJ
    Brian H. Bieber, Esq.
    Thomas J. Spina, Esq.